AO 106 (Rev. 04/10)  Application for a Search Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of California

MAY 2 3 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                   DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Priority Mail Express Parcel with Tracking Number
EE147913357US addressed to "Anna Rentro 104 State
1910 Highway Grayson, Kentucky 41143"

)
)
)
)
)
)

Case No.

**19MJ2160**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Southern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance; |
| 21 U.S.C. §843(b) | Unlawful Use of a Communications Facility to Facilitate the Distribution of a |
| 21 U.S.C. §846 | a Controlled Substance; and Conspiracy |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew F. Tier US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/23/19

_____
*Judge's signature*

City and state:  San Diego, California

Hon. Linda Lopez , US Magistrate Judge
*Printed name and title*

1 **AFFIDAVIT FOR SEARCH WARRANT**

2 I, Matthew Tier, being duly sworn, hereby state:

3 **INTRODUCTION**

4     1.    This affidavit is submitted in support of an application for a search warrant
5 for the "**Subject Parcel**." The **Subject Parcel** is a Priority Mail Express Parcel with
6 Tracking Number EE147913357US. It is addressed to "Anna Rentro 104 State 1910
7 Highway Grayson, Kentucky 41143," with a return address of "Fernando Garcia 1216 Rain
8 Path Calexico, CA 9221." It was postmarked on May 20, 2019 from zip code 92231. The
9 **Subject Parcel** weighs approximately 1 pounds 8 ounces. The **Subject Parcel** is in the
10 custody of the United States Postal Inspection Service ("USPIS") in San Diego, Southern
11 District of California.

12     2.    Based on the information below, there is probable cause to believe that the
13 **Subject Parcel** contains evidence of a crime, contraband, fruits of crime and property used
14 in committing a crime, including violations of Title 21, United States Code, Sections
15 841(a)(1) (distribution and possession with intent to distribute a controlled substance),
16 843(b) (unlawful use of a communication facility (including the mail) to facilitate the
17 distribution of a controlled substance), and 846 (conspiracy to do the same).

18     3.    The facts set forth in this affidavit are based upon my training, personal
19 experience, and information obtained from other law enforcement agents, investigators,
20 and the collective experiences related to me by Postal Inspectors who specialize in
21 investigations relating to the mailing of controlled substances and drug proceeds.

22 **TRAINING AND EXPERIENCE**

23     4.    I am a U.S. Postal Inspector for the USPIS. I have been employed as a Postal
24 Inspector since February 2015. From February 2015 through May 2015, I attended the
25 Basic Postal Inspector Academy. I was initially assigned to the Mail Theft Team.
26 Beginning in May 2016, I was assigned to the Prohibitive Mailings Illegal Narcotics Team.
27 By virtue of my employment with the USPIS, I have participated in various tasks which
28 include, but are not limited to: (1) functioning as a surveillance agent and thereby observing

*Affidavit for Search Warrant*      Page **1** of 7

and recording movements of persons trafficking drugs and those suspected of trafficking drugs; (2) interviewing cooperating individuals and informants relative to illegal trafficking of drugs and the distribution of monies and assets derived from the illegal trafficking of drugs; (3) functioning as a case agent which entails supervising specific drug trafficking investigations; and (4) executing arrest warrants, search warrants, consent searches, Fourth Amendment waiver searches and participating in the arrests of drug traffickers. I have had formal training and experience in controlled substance investigations, and I have become familiar with the manner in which controlled substances are packaged, marketed, cultivated, manufactured and consumed.

5.     Prior to becoming a Postal Inspector, I was a law enforcement officer for 8 years with the United States Border Patrol in El Centro, California. During that time, I was assigned to the Line Watch Patrol Unit and the Anti-Smuggling Unit, and worked on several narcotics-related investigations.

6.     My current duties include investigating violations of the federal Controlled Substance Act and related offenses. I have also had training regarding the investigation of individuals who use the U.S. mail to transport controlled substances and proceeds from their sale, and who use Postal Money Orders to launder the proceeds. In the course of my employment, I have investigated narcotics trafficking in San Diego and surrounding areas, and I have made numerous arrests for violations of controlled substance laws.

## **PROBABLE CAUSE**

7.     In an effort to combat the flow of controlled substances through the overnight delivery services, the USPIS has established interdiction programs in areas throughout the United States. Some of these areas, including Southern California, have been identified as known sources of controlled substances. The USPIS conducted an analysis of parcels mailed through overnight delivery services (including U. S. Postal Service Express Mail, Federal Express, and United Parcel Service) which were found to contain controlled substances or proceeds/payments of controlled substance sales. This analysis has established a series of characteristics which, when found in various combinations, have

been indicative of parcels that contain controlled substances or the proceeds/payments for controlled substances. These characteristics include:

a.     the parcel was mailed from or addressed to a controlled substance source city;

b.     the parcel sender name is unknown at the return address;

c.     the parcel shipping label has handwritten address information;

d.     the parcel is mailed from or to a commercial mail receiving agency;

e.     the parcel is addressed from an individual to an individual;[1]

f.     the parcel is wrapped in brown paper and/or heavily taped; and

g.     the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address.

8.     During the course of my duties, and through training and experience, I have learned that Calexico and the Southern District of California is a source region for controlled substances, and the state of Kentucky is a market for controlled substances shipped from this district. Based upon this knowledge, I will conduct label analyses on parcels being shipped from this district that contain the same characteristics as previously investigated parcels that contained narcotics and narcotic proceeds.

9.     On May 20, 2019, I was conducting routine interdiction activities of USPS parcels mailed from the Calexico, California area. I identified the **Subject Parcel**, to wit, Priority Mail Express Parcel EE147913357US. I examined the exterior of the **Subject Parcel** and became suspicious of it for the following reasons:

a.     The size, shape and appearance of the **Subject Parcel** were consistent with parcels previously identified that contained narcotics or narcotics proceeds.

b.     The **Subject Parcel** is a USPS Priority Mail Express Medium Flat Rate box, approximately 11" X 8.5" X 6", which is consistent with packages in previous

---

[1]     In instances when overnight delivery parcels contained controlled substances or proceeds/payments related to narcotics, and the package has displayed a business or company name, it has usually proven to be a fictitious business or company.

1
2

          investigations that contained controlled substances or proceeds from the sale and distribution of controlled substances, usually in the form of U.S. currency.

3
4
5

    c.    The **Subject Parcel** had a Priority Mail Express shipping label filled out or completed in handwriting. The Priority Mail Express shipping label did not have a contact telephone number for either the sender or addressee.

6

    d.    The **Subject Parcel's** postage was paid with cash in the amount of $45.55.

7

    e.    The seams of the **Subject Parcel** were heavily taped.

8

Based upon the aforementioned factors, the parcel was detained for further investigation.

9
10
11
12
13
14
15

    10.    While examining the parcel, label and postage, I observed that the postage was paid with cash as opposed to check, money order or credit card.  In my training and experience I know criminals who use the USPS mail system to distribute and transmit controlled substances, and the proceeds from the sale and distribution of controlled substances, will try to conceal their identity by paying cash. In this way, criminals attempt to remain anonymous, and to make it more difficult for law enforcement to trace the parcel to a particular sender.

16
17
18
19
20
21
22
23
24
25
26
27
28

    11.    The **Subject Parcel** contained a Priority Mail Express shipping label that was filled out and completed in handwriting. Through my training and experience, I have identified characteristics that are common for parcels containing controlled substances and the proceeds from the sale and distribution of controlled substances. I know parcels containing controlled substances and the proceeds from the sale and distribution of controlled substances are often sent via express (overnight mail) or 2-Day Priority. Those parcels often have hand-written shipping labels. They are typically sent from a person to another person, rather than to or from a business. Because of the cost of overnight and express delivery, such methods are more typically used by businesses, and these businesses generally utilize preprinted labels in order to maintain a professional appearance. Virtually all of the express (overnight mail) or 2-Day Priority parcels I have encountered which contained controlled substances and the proceeds from the sale and distribution of controlled substances had shipping labels filled out or completed by hand.

12.    The **Subject Parcel** label did not contain a contact telephone number for the sender or the recipient. In my training and experience, criminals who use the USPS mail system to distribute and transmit controlled substances and the proceeds from the sale and distribution of controlled substances will omit a contact telephone number for the sender or addressed from the shipping label. When a contact telephone number does appear on the shipping label of such a parcel, the number is frequently false, disconnected, or otherwise invalid. This is another technique employed by criminals to conceal their true identity, and to make it more difficult for law enforcement to contact them.

13.    Further, I used CLEAR to conduct a check of the return address listed for the **Subject Parcel,** "Fernando Garcia 1216 Rain Path Calexico, CA 9221." CLEAR is a public information database utilized by law enforcement and provides names, addresses, telephone numbers and other identifying information. CLEAR was not able to locate the above Calexico address in its database, or associate the name "Fernando Garcia" to the address. A search of USPS databases revealed that "1216 Rain Path Calexico, CA 9221" is not a valid address. The correct zip code for Calexico is 92231, and 1216 Rain Path is not recognized as a legitimate address. I know criminal drug traffickers who use the USPS mail service to transmit and send controlled substances and proceeds from the sale and distribution of controlled substances will frequently use fictitious sender addresses and sender names when filling out the parcel shipping label. This technique is used by criminal drug traffickers to insulate themselves from the parcel and its illegal contents, and to make is more difficult for law enforcement to identify the sender.

14.    I used CLEAR to conduct a check of the recipient address listed on the **Subject Parcel**: "Anna Rentro 104 State 1910 Highway Grayson, Kentucky 41143." CLEAR was able to locate the Grayson address in its database. CLEAR did not, however, list the name of "Anna Rentro" as a resident at that address, *i.e.,* "Anna Rentro" is not associated with, nor does she receive mail at, the address. Based on my training and experience, I know criminal drug traffickers who use the USPS mail system to transmit controlled substances and proceeds from the sale and distribution of controlled substances

*Affidavit for Search Warrant*          Page 5 of 7

1   will enter fictitious or false addressee names on the shipping label of their parcels. This
2   technique shields the intended recipient from detection by law enforcement. It also gives
3   the addressee plausible denial when confronted by law enforcement.

4          15.   On May 21, 2019, in the Southern District of California, I met with United
5   States Border Patrol ("USBP") Agent Edgar Machado from the San Diego Sector Border
6   Patrol, and his trained controlled substance detection canine, "Kienko." The canine team
7   conducted an exterior examination of the **Subject Parcel**. After the canine team examined
8   the **Subject Parcel**, Agent Machcado told me that the canine alerted to the presence of the
9   odor of controlled substances.

10         16.   Agent Machado and his canine both completed a comprehensive Narcotics
11  Detection Course at the United States Border Patrol Detection Dog Handler School, and
12  are certified in the detection of controlled substances such as marijuana, cocaine, heroin,
13  ecstasy and methamphetamine. Agent Machado and his canine have been teamed together
14  since September 2017, and were most recently certified on September 2018.

15         17.   Based on the facts set forth in this affidavit, I submit that there is probable
16  cause to believe controlled substances, notes and/or currency from the illegal sale and
17  mailing of controlled substances is/are being concealed in the **Subject Parcel** as described
18  above. Accordingly, I seek the issuance of a search warrant directing the search of the
19  article as described above and the seizure of the article, any controlled substances,
20  currency, and/or materials and documents reflecting the distribution of controlled
21  substances, all in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

22         18.   Based on the facts set forth in this affidavit and because the **Subject Parcel**:
23  (1) listed a sender name that does not associate to the listed sender address; (2) listed a
24  fictitious sender address; (3) was alerted to by a trained narcotics canine; (4) had heavily
25  taped seams; and (5), the parcel size, shape, and other characteristics were consistent with
26  parcels that have contained controlled substances or the proceeds from the sale and
27  distribution of controlled substances, and for the other reasons set forth herein, I submit
28  that there is probable cause to believe controlled substances, notes and/or currency from

*Affidavit for Search Warrant*              Page 6 of 7

the illegal sale and mailing of controlled substances is/are concealed in the **Subject Parcel** as described above. Accordingly, I now seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

I declare under penalty and perjury the foregoing is true and correct to the best of my knowledge and belief.

Matthew Tier
United States Postal Inspector

Subscribed and sworn to before me on May  23  , 2019.

Hon. Linda Lopez
United States Magistrate Judge

## ATTACHMENT A

### PARCEL TO BE SEARCHED

The **Subject Parcel** is a Priority Mail Express Parcel with Tracking Number EE147913357US. It is addressed to "Anna Rentro 104 State 1910 Highway Grayson, Kentucky 41143," with a return address of "Fernando Garcia 1216 Rain Path Calexico, CA 9221." It was postmarked on May 20, 2019 from zip code 92231. The Subject Parcel weighs approximately 1 pounds 8 ounces.

The **Subject Parcel** is in the custody of the USPIS in San Diego, California.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items, constituting the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of a Controlled Substance, Possession with Intent to Distribute a Controlled Substance); 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance); and 846 (Conspiracy), may be seized from the Subject Parcel:

1. Any controlled substances, including marijuana;

2. Currency, money orders, bank checks, or similar monetary instruments in quantities over $100; and

3. Any documents reflecting ownership or control of the Subject Parcel, the distribution of controlled substances, or proceeds from the distribution of controlled substances.